# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., A KOREAN CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Defendants-Appellees*

---

2014-1802

---

Appeal from the United States District Court for the Northern District of California in No. 5:12-cv-00630-LHK, Judge Lucy H. Koh.

---

## ON PETITION FOR REHEARING EN BANC

---

Before PROST, *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellees Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by appellant Apple Inc. The petition and response were first referred to the panel that heard the appeal and a majority of the panel granted the petition for the limited purpose of amending the court's opinion. Thereafter, the petition, response, and amended opinions were sent to the en banc court.

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.

(2) The mandate of the court will issue on December 23, 2015.

FOR THE COURT

December 16, 2015                    /s/Daniel E. O'Toole
        Date                             Daniel E. O'Toole
                                         Clerk of Court